Steven L. Krongold (State Bar No. 125952)
**KRONGOLD LAW CORP., P.C.**
100 Spectrum Center Drive, Suite 900
Irvine, California 92618
Phone: (949) 651-1900; Fax: (949) 395-7003
Email: *steve@krongoldlaw.com*

Attorney for Plaintiff
ANGELA JULIE YU

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA JULIE YU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE TING LEI, an individual; RYAN CHRISTOPHER WONG, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**1. DIRECT COPYRIGHT INFRINGEMENT;**<br><br>**2. INVASION OF PRIVACY—PUBLIC DISCLOSURE OF PRIVATE FACTS;**<br><br>**3. INVASION OF PRIVACY—FALSE LIGHT;**<br><br>**4. LIBEL**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

COMES NOW, Plaintiff, and alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for infringement under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq., and for related claims involving invasion of privacy and defamation. This Court has subject matter jurisdiction of this action since it arises under the laws of the United States of America pursuant to 28 U.S.C. §§ 1331 and 1338(a). This Court has supplemental jurisdiction of related state law or common law claims pursuant to 28 U.S.C. § 1367(a).

2. Venue is proper in this district as a substantial part of the material acts and omissions giving rise to the claims occurred within this judicial district pursuant to 28 U.S.C. § 1391(b). Venue is also proper in the district where defendants reside or may be found pursuant to 28 U.S.C. § 1400(a).

**THE PARTIES**

3. Plaintiff ANGELA JULIE YU ("Plaintiff") is, and at all times herein mentioned was, an individual residing in this judicial district and a member of the California State Bar.

4. Defendant STEPHANIE TING LEI ("LEI") is, and at all times herein mentioned was, an individual residing in this judicial district.

5. Defendant RYAN CHRISTOPHER WONG ("WONG") is, and at all times herein mentioned was, an individual residing in this judicial district.

6. Does 1 through 10, inclusive, are sued herein under fictitious names, their true names and capacities being unknown to plaintiff. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged and that plaintiff's damages as herein alleged were proximately caused by such defendants.

7. At all times herein mentioned each of the named defendants and Does 1 through 10 was the agent, employee, coconspirator and joint venturer of each of the remaining defendants and, in doing the things hereinafter alleged, was acting within the course and scope of such agency, employment, conspiracy and joint venture.

## COMMON ALLEGATIONS

### A. Personal Background

8. Plaintiff is an attorney at law, duly licensed by the State Bar of California.

9. Plaintiff received her undergraduate degree from the University of California at Berkeley and her law degree from the University of Southern California.

10. Plaintiff began her legal career in 2008 as an associate in the Orange County office of Crowell & Moring LLP, an international law firm of approximately 500 lawyers, where she specialized in antitrust and complex business disputes.

11. Plaintiff became active in local bar activities, eventually becoming a member of Board of Directors and Secretary of the Orange County Asian American Bar Association.

12. While at Crowell & Moring, plaintiff met defendant WONG, a colleague at the law firm, who began working as an associate in 2009.

13. Plaintiff remained employed at Crowell & Moring until 2016, when she joined Kading & Briggs, LLP, a boutique law firm specializing in state and federal employment law.

### B. Cheaterland.com Post

14. In February 2017, plaintiff learned of an anonymous post on the website located at www.cheaterland.com. Cheaterland, formerly known as LiarsCheatersRUs, holds itself out to the public as a "cheater reporting website," a

place to "report and find cheaters anywhere in the world." A true and correct copy of the subject post is attached hereto as **Exhibit 1**.

15. The post contains a photograph of plaintiff. The photograph displays a visible, diagonal watermark titled "LiarsCheatersRUs."

16. The post also contains the following comments: "Ugly old spinster who failed the bar exam and took longer than others to be promoted at her law firm because she sucks at her job. Watch out for her to make a play for your man using visits, food items, compliments, pet names and a million flirtatious chat messages, emails, and texts. She is so desperate that she doesn't care if he's married or has kids. Recently brought her hustle to Kading Briggs, LLC."

17. The post is searchable on the Internet using plaintiff's name or the state of her residence (California). On Google, the post lands in the number one search result position above links to plaintiff's listings in the State Bar, Avvo, and the Orange County Asian American Bar Association. A true and correct copy of the Google Search Results Page (accessed 4/26/17) is attached hereto as **Exhibit 2**. As of the date of this filing, the post continues to rank first on Google search results.

18. In the "Contact Us" page, Cheaterland warns (emphasis in original): "this is a cheater reporting website" and "authors are responsible for their own posts. If you feel that a post about you is false and wish to challenge it, there are independent services that can be used for that. Keep in mind that there is no guarantee that the post will be removed[;] for that to happen you must be successful in your challenge. . . . **If you threaten us or our service providers, the post will remain on the site for eternity no matter what.** . . . Demands to remove posts that are not accompanied by Court Orders are ignored. . . **If you contact any of our service providers to complain, we will find out and will encourage public debate about your claims, including posting your name and talking about you**

**as part of the debate.**" A true and correct copy of the Contact Us Page (accessed 4/26/17) is attached hereto as **Exhibit 3.**

### C. Demands to Defendants

19. Plaintiff has reason to believe the post was authored by defendant LEI, with the knowledge, assistance and encouragement of defendant WONG.

20. Prior to filing this lawsuit, through counsel, plaintiff made multiple demands to defendant LEI to remove the post. LEI refused to takedown the post and threatened plaintiff in additional ways. LEI responded by stating, among other things, that "this is not a matter that belongs in the public court record. A lawsuit would serve only to increase the publicity, disclosure, and public awareness of precisely those facts and opinions that [plaintiff] is seeking to bury. Moreover, if [plaintiff] files suit against [defendants], as we fully expect she would, the post will assuredly never be removed." Later, LEI threatened plaintiff and her attorney with monetary sanctions if she filed a lawsuit.

### D. Copyright Assignment and Registration

21. On July 15, 2014, Crowell & Moring took a professional portrait of plaintiff and published the portrait on its website in order to market plaintiff to members of the public.

22. On April 18, 2017, for valuable consideration, Crowell & Moring transferred and assigned to plaintiff all of its right, title, and interest in and to plaintiff's professional portrait, including the right to reproduce, distribute, and display the portrait, and the right to sue third-parties for infringement, past and future.

23. On April 18, 2017, plaintiff completed an application to register the copyright in the portrait with the United States Copyright Office. Plaintiff paid the application fee and deposited the work. The completed registration was duly assigned a case number.

### E. Posting and Display of Copyrighted Work

24. Plaintiff's professional portrait, created by Crowell & Moring, is an original work of authorship (hereinafter, the "Portrait").

25. Without plaintiff's knowledge and consent, the Portrait was uploaded and posted to Cheaterland.com where it was available for public display and distribution. On the "Report a Liar or a Cheater" page, users are warned (emphasis in original): "You may make the report anonymously or you may register an account and log in to your account prior to posting. By posting you grant LiarsCheatersRus.com a permanent irrevocable license to the contents posted pursuant to copyright laws. **Anyone, including any lawyer who threatens us with lawsuit will be exposed and that post will never be removed**." A true and correct copy of the Report Page is attached hereto as **Exhibit 4.**

### E. DMCA Takedown Demand

26. The true identity of the owner of the domain name Cheaterland.com is unknown. A proxy or private service known as MyPrivacy.net Ltd. ("MyPrivacy") was used to register the name through EasyDNS Technologies, Inc. ("EasyDNS").

27. Amazon Web Services ("AWS") hosts the Cheaterland website on a cloud server.

28. Prior to filing this lawsuit, and pursuant to Section 512(c) of the Digital Millennium Copyright Act (DMCA), plaintiff served takedown demands on Cheaterland.com, care of MyPrivacy, EasyDNS, and AWS.

29. On May 3, 2017, AWS advised plaintiff that it takes reports of copyright infringement "very seriously." After investigating the DMCA notice, AWS took "appropriate action" to remove or disable access to the Portrait and to notify the user who posted the material of the DMCA complaint.

30. Cheaterland sent the DMCA notice to a website called "Legally Spanked," which published the notice with a link to the original "unflattering post." The website falsely suggests the DMCA notice was frivolous and designed to chill free speech. In the About Us Page, it states: "Any legal threats reproduced are non commercial fair use to discuss a topic of public interest, namely abusive legal practices and the use of the copyright laws, not to protect creativity, but to silence free speech."

## FIRST CLAIM FOR RELIEF

(Direct Copyright Infringement;
By Plaintiff against Defendant LEI and Does 1-5)

31. Plaintiff realleges and incorporates by this reference Paragraphs 1 through 31, inclusive, of this Complaint as if fully set forth herein.

32. The Portrait is an original, creative work of expression that constitute copyrightable subject matter under 17 U.S.C. § 101 et seq.

33. Plaintiff owns all of the rights and privileges to the Portrait, and has duly applied to register the work with the United States Copyright Office.

34. Defendant LEI, and Does 1 through 5, have infringed copyrights in the Portrait by uploading and posting the Portrait on the Internet without the knowledge or consent of Plaintiff.

35. As a direct and proximate result of defendants' infringements of copyrights in the Portrait, Plaintiff has suffered, and continues to suffer, actual damages under 17 U.S.C. §504.

36. In lieu of actual damages, defendants are liable for statutory damages in a sum of not less than $750 or more than $30,000 as the court considers just.

37. Since defendants were on notice of the copyright protections in the Portrait, and continued to maintain the Portrait on the Internet, defendants have wilfully infringed plaintiff's rights. In particular, defendants were warned by

Cheaterland that by posting the Portrait defendants were granting the website a "permanent irrevocable license to the contents pursuant to copyright law" and that the "post will never be removed" if any lawyer threatens a lawsuit. Therefore, the court in its discretion may increase the award of statutory damages to a sum of not more than $150,000.

38. Plaintiff has retained the services of counsel and has incurred attorney's fees in prosecution of this action. Plaintiff will seek an award of costs against defendants, including an award of reasonable attorney's fees under 17 U.S.C. § 505.

## SECOND CLAIM FOR RELIEF

(Invasion of Privacy—Public Disclosure of Private Matters;
By Plaintiff Against Defendant LEI and WONG, and Does 1-5)

39. Plaintiff realleges and incorporates by this reference Paragraphs 1 through 30, inclusive, of this Complaint as if fully set forth herein.

40. The statement in the post that plaintiff had "failed the bar exam" was a private fact about plaintiff.

41. The statement in the post that plaintiff "took longer to be promoted at her law firm" was a private fact about plaintiff.

42. Defendant WONG shared the above private facts with LEI who, knowing they were private, then posted the information on Cheaterland.com, thereby making them public.

43. At the time of sharing these private facts, WONG breached his duty to maintain the privacy and confidentiality of the information. At the time WONG shared these private facts, WONG either (i) knew that LEI would post the information on the Internet and gave her substantial assistance or encouragement to so act or (ii) gave substantial assistance to LEI in posting the information and WONG's own conduct, separately considered, constitutes a breach of duty to plaintiff.

44. At all relevant times, the matters made public would be considered offensive and objectionable to the reasonable person.

45. At all relevant times, the matters made public were not of legitimate public concern.

46. As a direct and proximate result of the aforesaid acts, plaintiff suffered, and continues to suffer, damages in a sum according to proof at trial.

47. Plaintiff is informed and believes, and thereon alleges, that the aforementioned acts of defendants were done willfully, maliciously, with intent to outrage or humiliate plaintiff, or with deliberate disregard of plaintiff's rights, privileges and concerns. Plaintiff is thus entitled to recover punitive damages in an amount bearing a reasonable relationship both to the actual amount of damages recovered and the general financial solvency of defendants, yet in a sufficient amount to punish and make an example of them, and to deter others from engaging in the same or similar conduct.

48. Defendants have caused, and will continue to cause, irreparable harm to plaintiff for which there is no adequate remedy at law.

## THIRD CLAIM FOR RELIEF

(Invasion of Privacy—Depiction in False Light;
By Plaintiff Against Defendants LEI and WONG, and Does 1-5)

49. Plaintiff realleges and incorporates by this reference Paragraphs 1 through 30, inclusive, of this Complaint as if fully set forth herein.

50. The post falsely asserts that plaintiff is a cheater. The implication is that plaintiff cannot be trusted to remain loyal to her spouse or other romantic partner.

51. The post falsely asserts that plaintiff is sexually promiscuous, a temptress and home wrecker. The clear implication is that men and their spouses

need to be careful ("watch out for her") because she will "make a play" even if the men are "married or has kids."

52. The post falsely asserts that plaintiff is professionally incompetent because she failed the bar exam, took years longer to be promoted, and "sucks at her job."

53. The above statements place plaintiff before the public in a false light that would be highly offensive to a reasonable person.

54. At the time the above statements were made public, WONG breached his duty to maintain the privacy and confidentiality of the information. WONG either knew that LEI would post the information on the Internet and gave her substantial assistance or encouragement to so act or gave substantial assistance to LEI in posting the information and WONG's own conduct, separately considered, constitutes a breach of duty to plaintiff.

55. Defendants knew or acted in reckless disregard as to the falsity of the publicized matters and the false light in which the plaintiff would be placed.

56. As a direct and proximate result of the aforesaid acts, plaintiff suffered, and continues to suffer, damages in a sum according to proof at trial.

57. Plaintiff is informed and believes, and thereon alleges, that the aforementioned acts of defendants were done willfully, maliciously, with intent to outrage or humiliate plaintiff, or with deliberate disregard of plaintiff's rights, privileges and concerns. Plaintiff is thus entitled to recover punitive damages in an amount bearing a reasonable relationship both to the actual amount of damages recovered and the general financial solvency of defendants, yet in a sufficient amount to punish and make an example of them, and to deter others from engaging in the same or similar conduct.

58. Defendants have caused, and will continue to cause, irreparable harm to plaintiff for which there is no adequate remedy at law.

**FOURTH CLAIM FOR RELIEF**

(Defamation-Libel;

By Plaintiff against Defendants LEI and WONG, and Does 1-5)

59. Plaintiff realleges and incorporates by this reference Paragraphs 1 through 30, and 50 through 54, inclusive, of this Complaint as if fully set forth herein.

60. The aforesaid statements were of and concerning plaintiff.

61. The aforesaid statements were false and unprivileged.

62. The aforesaid statements exposed plaintiff to hatred, contempt, ridicule and obloquy or caused her to be shunned or avoided, or had a tendency to injure plaintiff in her occupation.

63. Defendants were negligent in publishing or causing to be published the statements. Defendants failed to use reasonable care to determine the truth or falsity of the statements.

64. Defendants published or caused to be published the statements either knowing that the post contained false and defamatory material or with reckless disregard for whether the statements in the post were true.

65. As a direct and proximate result of the above-described publication, plaintiff has suffered loss of reputation, shame, mortification, and injury to her feelings, all to her general damages in an amount to be established by proof at trial.

66. As a direct and proximate result of the above-described publication, plaintiff has suffered special damages in an amount to be established by proof at trial, including loss of business and business opportunities.

67. Plaintiff is informed and believes, and thereon alleges, that the aforementioned acts of defendants were done willfully, maliciously, with intent to outrage or humiliate plaintiff, or with deliberate disregard of plaintiff's rights, privileges and concerns. Plaintiff is thus entitled to recover punitive damages in an

amount bearing a reasonable relationship both to the actual amount of damages recovered and the general financial solvency of defendants, yet in a sufficient amount to punish and make an example of them, and to deter others from engaging in the same or similar conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays as follows:

### **ON THE FIRST CLAIM FOR RELIEF:**

1. That this Court find defendants infringed on plaintiff's copyrights in the Portrait.

2. That defendants be required to file with the Court and serve on plaintiff within thirty (30) days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail each website or other public source where the Portrait was posted, distributed or used.

3. That the Court award actual damages or, in lieu thereof, statutory damages.

4. That the Court award costs against defendants, including an award of reasonable attorney's fees.

### **ON THE SECOND AND THIRD CLAIMS FOR RELIEF:**

5. For general and compensatory damages according to proof at trial.
6. For punitive damages in an amount sufficient to deter defendants.
7. For injunctive relief.

### **ON THE FOURTH CLAIM FOR RELIEF:**

8. For general and compensatory damages according to proof at trial.
9. For special damages according to proof at trial.
10. For punitive damages in an amount sufficient to deter defendants.
11. For injunctive relief.

**ON ALL CLAIMS FOR RELIEF:**

12. For prejudgment interest.
13. For costs of suit.
14. For such other and further relief as the Court deems proper.

DATED: May 11, 2017

KRONGOLD LAW CORP., P.C.

By: /s/ Steven L. Krongold

Steven L. Krongold
Attorney for Plaintiff
ANGELA JULIE YU

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury for all claims so triable.

DATED: May 11, 2017

KRONGOLD LAW CORP., P.C.

By: /s/ Steven L. Krongold

Steven L. Krongold
Attorney for Plaintiff
ANGELA JULIE YU

# EXHIBIT 1

≡ CheaterLand Report Liars and Cheaters

## Cheater Search

Search ...



# Angela Julie Yu, California

Anonymous

California, Liar Cheater Woman

Ugly old spinster who failed the bar exam and took years longer than others to be promoted at her law firm because she sucks at her job. Watch out for her to make a play on your man using visits, food items, compliments, pet names, and a million flirtatious chat messages, emails, and texts. She is so desperate that she doesn't care if he's married or has kids. Recently brought her hustle to Kading Briggs LLP.



**Like this:**

Share 0 Tweet G+1 0 Pin it submit

## Cheater Search

Search ...

## CheaterLand




Be the first of your friends to like this



CheaterLand
March 23 at 2:04pm

Some people don't get it. The
in at least three places that if
problem with a post, you need

## Cheaters By Location

Select Category

## Random Cheaters

Todd Stansfield

LIEN NGUYEN – KC, Missouri THROT

Lee McKelvy

Katrina pavlenko Brisbane,

# EXHIBIT 2

angela julie yu - Google

Secure | https://www.google.com/search?num=20&newwindow=1&site=&source=hp&q=angela+julie+yu&oq=angela+julie+yu&gs_l=hp.3..0.1076.4237.0.4623.16.16.0.0.0.0.109.1191.15j1.16.0....0...1c.1.64.hp..0.15.1079.0..46j0i131k1j(

Apps | 4th District Court of A | ABA | Admin console | ADR - JAMS | ADR-AAA | AM Best | AMEX | ARAG | Bank of America | Hor | Bankruptcy Court | Blackboard Learn | Bookmarks | Bottomline Legal eXc | Box | » | Other bookmarks

angela julie yu

All News Images Videos Maps More Settings Tools

About 125,000,000 results (0.85 seconds)

Angela Julie Yu, California | CheaterLand
cheaterland.com/angela-julie-yu-california.html
Ugly old spinster who failed the bar exam and took years longer than others to be promoted at her law firm because she sucks at her job. Watch out for her to.

State Bar of CA :: Angela Julie Yu
members.calbar.ca.gov › Home › Public › Attorney Search
The State Bar of California maintains a database of California attorney information. Online public information from this database includes an attorney's name, ...

Angela Julie Yu - Avvo.com
https://www.avvo.com › Find a lawyer › California › Irvine › Litigation Lawyers
**Angela Yu** is a Litigation Attorney in Irvine, CA. Click **Angela's** profile to discover their Avvo Rating, write a review, and read professional endorsements.

Images for angela julie yu



More images for angela julie yu    Report images

Angela J. Yu
www.cogsci.ucsd.edu/~ajyu/
Oct 2, 2014 - Our research program aims to elucidate the neural basis of cognitive processing using a combination of theoretical and experimental methods.

Board – The Orange County Asian American Bar Association
ocaaba.org/board/
Louise Truong Buchalter Nemer ltruong@buchalter.com. Ryan Wong Crowell & Moring LLP rwong@crowell.com. **Angela Yu** Kading Briggs ayu@kadingbriggs.

Jolie Yu, Student at High school | SlideShare
www.slideshare.net/Jolie11

12:34 PM
4/26/2017

# EXHIBIT 3

CHEATERLAND.COM

REPORT OR FIND CHEATERS ANYWHERE IN THE WORLD

# Contact Us

As a reminder, all statements contained on this website are solely attributable to their creators. Put a different way, we do not verify the information and are not responsible for its accuracy or lack thereof. This is a cheater reporting website, expect rumor, satire, and humor. We do not edit posts nor do we manipulate the contents. By using the Report Cheater page the authors are responsible for their own posts. If you feel that a post about you is false and wish to challenge it, there are independent services that can be used for that. Keep in mind that there is no guarantee that the post will be removed, for that to happen, you must be successful in your challenge. For more information about post challenges, visit these websites:

For more information about post challenges, visit these websites:

1. Internet Reputation Control – InternetReputationControl.com

2. RemoveNames.com

3. ReputationResolutions.com

4. Several law firms and various authorized Alternative Dispute resolution and approved arbitrators.

5. A Court of competent jurisdiction – sue the original poster, win and send us the court order.

Understand, we don't remove content for money. This is to offer a less Draconian solution than spending years in litigation against the original poster. If that's what you would rather do, just do it. You may use any of these, this site does not make money from the above so we really don't care.

**If you threaten us or our service providers, the post will remain on the site for eternity no matter what. Also, we just signed up with a site Free Speech site that publishes legal threats and we will be sending all the legal threats we receive. We will add a link to them shortly. The threats are published and indexed by person making the threats and by the lawyer or other idiot who has never read Section 230 of the CDA and still wants to bother us with frivolous b******* legal claims. In other words, your threats will cause your name to appear in another site, it's what some call backfire. Don't be stupid, you won't scare us.**

You may contact us to make suggestions of how to improve our website. Please note that it may take us up to a month to reply. Demands to remove posts that are not accompanied by Court Orders are ignored. We still reserve the right to review court orders for removals and do not have the obligation to comply, default judgments are not looked favorably. **If you contact ANY of our service providers to complain, we will find out and will encourage public debate about your claims including posting your name and talking about you as part of**

## Cheater Search

Search ...

## CheaterLand




## Cheaters By Location

Select Category

## Random Cheaters

Dominick Falco a.k.a. Don Anthony, New York

Melisa Perez 20 Mesa, Arizona

Bob McPherson of Pompey New York, Sara Foster of Lafayette NY

Tarik Barket – Philadelphia, PA

Gina Sturm

# EXHIBIT 4

CheaterLand Report Liars and Cheaters

## Cheater Search

Search ...




# Report a Liar or a Cheater

**Here you can report a liar or a cheater.** You may make the report anonymously or you may register an account and log in to your account prior to posting. By posting you grant LiarsCheatersRus.com a permanent irrevocable license to the contents posted pursuant copyright laws. **Anyone, including any lawyer who threatens us with lawsuits will be exposed and that post will never be removed.**

You must include the name of the person reported or the post will probably not be posted. Also, **nude pictures are not permitted, reporting minors is NOT permitted.** If you are looking to post a general article about infidelity, you may do so in the forum. This page is to report a cheater.

Post Title Here

Write Your Post Contents

## Cheater Search

Search ...

## CheaterLand




Be the first of your friends to like this



**CheaterLand**
April 22 at 7:03pm

http://legallyspanked.com/clar